JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

**E-FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL CARINGAL,<br><br>    Defendant. | CR No.: 09-mj-70013 PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

    On January 6, 2009, defendant was charged in a criminal complaint and was arraigned on the complaint. A preliminary hearing was set for January 26, 2009. On January 7, 2009, undersigned defense counsel was appointed to represent defendant. At the appearance on January 7, 2009, defense counsel requested that this Court vacate the preliminary hearing date and set a status conference for February 5, 2009. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from January 7, 2009, to and including February 5,

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT

1  2009.  This Court accordingly agreed to extend the time for a preliminary hearing, taking into
2  account the public interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).
3  The parties agree that – taking into account the public interest in prompt disposition of criminal
4  cases – good cause exists for this extension.  The parties agree that granting the continuance is
5  necessary for effective preparation of defense counsel, taking into account the exercise of due
6  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice
7  served by granting such a continuance outweighs the best interests of the public and the
8  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

9  IT IS SO STIPULATED:

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: January 9, 2009                      \s\
                                            ALLISON MARSTON DANNER
                                            Assistant United States Attorney


DATED: January 9, 2009                      \s\
                                            JERRY Y. FONG
                                            Attorney for Paul Caringal

17  For the reasons stated above, the Court finds that exclusion of time from January 7, 2009
18  through February 5, 2009 is warranted and that the ends of justice served by the continuance
19  outweigh the best interests of the public and the defendant in a speedy trial and prompt
20  disposition of criminal cases.  See 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d).  Failure
21  to grant the requested continuances would deny defendant reasonable time necessary for effective
22  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.
DATED: 1/13/09

                                            THE HON. PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

Stipulation and [Proposed] Order
CR No.: 09-mj-70013 PVT