JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 628783)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    chad.mandell@usdoj.gov

Attorneys for the United States,

FILED

JUN 2 2 2009

CLERK
NORTHERN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL CARINGAL, ) <br> ) <br>     Defendants. ) | No. CR 09-00534 PVT <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for June 25, 2009, may be continued to Monday July 30, 2009, at 9:30 a.m. The reason for the requested continuance is to permit pretrial services adequate time to evaluate whether Mr. Caringal ("defendant") qualifies for pretrial diversion. Finally the parties agree that time should be excluded pursuant to 18 U.S.C. §3161(7)(A) as the ends of justice

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00534 PVT                    1

1  served by allowing Pretrial Services to conduct its evaluation outweigh the best interest of the
2  public and the defendant in a speedy trial.

4  Dated: June 22, 2009

6  s/_____
   JERRY Y. FONG
   Counsel for Defendant

7  Dated: June 22, 2009

9  s/_____
   CHAD MANDELL
   Special Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing of June 25, 2009, shall be continued to July 30, 2009, at 9:30 a.m. Further, time is excluded from the period in which a trial must take place, pursuant to 18 U.S.C. §3161(7)(A), since the ends of justice served by allowing Pretrial Services to evaluate whether defendant qualifies for pretrial diversion outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 22, 2009

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge