MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (195046)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: allison.danner@usdoj.gov

*E-FILED - 2/9/11*

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>    Plaintiff, ) <br>    ) <br> v. ) <br>    ) <br> PAUL CARINGAL, ) <br>    Defendant. ) <br> _____ ) | No. CR 09-00534 RMW <br><br> NOTICE OF DISMISSAL and <br> [xxxxxxxxxx] ORDER |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED: 1/26/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

JEFFREY D. NEDROW
Chief, San Jose Office

NOTICE OF DISMISSAL
U.S. v. CARINGAL
(CR 09-00534 RMW)

ORDER

Leave is granted to the government to dismiss the information.

Date: 2/9/11

*Ronald M. Whyte*
RONALD M. WHYTE
Senior United States District Judge